ACCEPTED
06-15-00068-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/24/2015 4:25:29 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00068-CV

FILED IN
6th COURT OF APPEALS
~~TEXARKANA, TEXAS~~
9/24/2015 4:25:29 PM
DEBBIE AUTREY
Clerk

## IN THE SIXTH COURT OF APPEALS
## AT TEXARKANA, TEXAS

**DONAL TURNER,**
**Appellant,**

**v.**

**CHRISTUS ST. MICHAEL HEALTH SYSTEM,**
**Appellee.**

**On Appeal from the 102nd District Court of Bowie County, Texas**
**Cause No. 15C0448-102**
**(Hon. Bobby Lockhart)**

## NOTICE OF APPEARANCE OF APPELLATE COUNSEL FOR APPELLEE CHRISTUS ST. MICHAEL HEALTH SYSTEM

**TO THE HONORABLE JUSTICES**
**OF THE DALLAS COURT OF APPEALS**:

**PLEASE TAKE NOTICE**, pursuant to rule 6.2 of the Texas Rules of Appellate Procedure, that Michelle E. Robberson of the law firm Cooper & Scully, P.C. will serve as lead appellate counsel for Appellee, CHRISTUS St. Michael Health System, in the above-styled appeal, in addition to Appellee's trial counsel, Cory M. Sutker of Cooper & Scully, P.C.

Contact information for Appellee's lead appellate counsel is:

Michelle E. Robberson
Texas Bar No. 16982900
**Cooper & Scully, P.C.**
900 Jackson Street, Suite 100
Dallas, Texas 75202
(214) 712-9500
(214) 712-9540 (fax)
michelle.robberson@cooperscully.com

Ms. Robberson requests the Court and opposing counsel add her to the list of counsel in this case who will receive notice of all pleadings, notices, orders, and other communications from the Court and from opposing counsel.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By: /s/ Michelle E. Robberson
    **MICHELLE E. ROBBERSON**
    Texas State Bar No. 16982900
    michelle.robberson@cooperscully.com
    **CORY M. SUTKER**
    Texas Bar No. 24037569
    cory.sutker@cooperscully.com

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: 214.712.9500
Facsimile: 214.712.9540

**ATTORNEYS FOR APPELLEE
CHRISTUS ST. MICHAEL HEALTH
SYSTEM**

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of this Notice on the counsel of record listed below via e-filing on this 24th day of September, 2015:

Michael L. Bernoudy, Jr.
THE BERNOUDY LAW FIRM
2400 W. Grand Avenue
Marshall, TX  75670

_/s/ Michelle E. Robberson_____
**MICHELLE E. ROBBERSON**